IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JACQUELYN MCMILLAN-GADISON,
Individually and on Behalf of all Others
Similarly Situated                                                              PLAINTIFF

v.                          No. 4:18-cv-789-DPM

IDEAL IMAGE DEVELOPMENT
CORPORATION; and
IDEAL IMAGE OF ARKANSAS, LLC                                   DEFENDANTS

## ORDER

The joint motion to approve the settlement, № 13, is granted. All material things considered, the proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). The settlement reflects a good-faith compromise of disputed overtime compensation issues. Given the modest lawyers' fees, the Court doesn't need to review billing records; the fees are fair and reasonable. McMillan-Gadison's complaint will be dismissed with prejudice.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 February 2019