IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JACQUELYN MCMILLAN-GADISON,
Individually and on Behalf of all Others
Similarly Situated                                                    PLAINTIFF

v.                          No. 4:18-cv-789-DPM

IDEAL IMAGE DEVELOPMENT
CORPORATION; and
IDEAL IMAGE OF ARKANSAS, LLC                          DEFENDANTS

## JUDGMENT

McMillan-Gadison's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 February 2019